NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

Terrance ALEXIS,

    Plaintiff,

v.

HOVENSA LLC and HESS CORPORATION,

    Defendants.

Civ. No. 07-91

Order

THOMPSON, U.S.D.J.[1]

For the reasons stated in the Court's Opinion on this same day,

IT IS, on this ___19th___ day of September, 2014,

ORDERED that Defendants' motion for summary judgment to compel arbitration (Docket No. 74) is GRANTED; and it is further

ORDERED that the above captioned matter is STAYED pending arbitration of Plaintiff's claims.

ANNE E. THOMPSON, U.S.D.J.

---

[1] The Hon. Anne E. Thompson, United States District Court Judge for the District of New Jersey, sitting by designation.